Submitted on record and brief May 30, reversed June 20, 1978

STEVEN CASTER, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 01-78-200, CA 10317)

579 P2d 1307

Gary D. Babcock, Public Defender, and Gary L. Hooper, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The respondent confesses error. Reversed.